## 1

**Louis HURWITZ, Trading as United Postcard Supply Company, Appellant, v. J. Frank MEYER, Trading as the Exhibit Supply Company, Appellee.**

(Circuit Court of Appeals, Third Circuit. February 23, 1926.)

No. 3371.

Appeal from the District Court of the United States for the Eastern District of Pennsylvania; Thompson, Judge.

For opinion below, see 5 F.(2d) 370.

Thomas C. Egan, John M. Patterson, and Wolf, Patterson, Block & Schorr, all of Philadelphia, Pa., for appellant.

Kennard N. Ware, Charles H. Howson, Howson & Howson, and Robert T. McCracken, all of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. On presentation of affidavits and after hearing the parties, the court below granted a preliminary injunction, the effect of which is to preserve the status in quo and prevent any further alleged injury to the plaintiff's current business. After due consideration had, we find no ground for convicting the court of error in so doing, as it has, in its opinion, sufficiently vindicated its present action at this stage of the case.

The appeal is therefore dismissed, at the appellant's cost.

---

## 2

**Louis KRASNOW, Plaintiff-Appellant, v. Palmer CANFIELD and another, Defendants-Appellees.**

(Circuit Court of Appeals, Second Circuit. February 17, 1926.)

No. 286.

Appeal from the District Court of the United States for the Southern District of New York.

Moses Katcher, of New York City, for appellant.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed in open court.

---

## 3

**Harry LANDRESS et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. February 3, 1926.)

No. 197.

In Error to the District Court of the United States for the Southern District of New York.

Moses Polakoff, of New York City, for plaintiff in error Lewis.

William L. Wemple, of New York City, for plaintiffs in error Phillips and Berlow.

Emory R. Buckner, U. S. Atty., of New York City (David P. Siegel, of New York City, and Edward S. Silver, of Brooklyn, N. Y., Asst. U. S. Attys., of counsel), for the United States.

Before MANTON, HAND, and MACK, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

## 4

**LEHIGH VALLEY RAILROAD COMPANY Plaintiff in Error, v. Catherine O'ROURKE, Defendant in Error.***

**LEHIGH VALLEY RAILROAD COMPANY, Plaintiff in Error, v. Felix O'ROURKE, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. February 2, 1926.)

Nos. 164, 165.

In Error to the District Court of the United States for the Western District of New York.

Kenefick, Cooke, Mitchell & Bass, of Buffalo, N. Y. (Thomas R. Wheeler, of Buffalo, N. Y., of counsel), for plaintiff in error.

Hamilton Ward, of Buffalo, N. Y., for defendants in error.

Before MANTON, HAND, and MACK, Circuit Judges.

PER CURIAM. Judgments affirmed in open court.

*Certiorari denied 46 S. Ct. 474, 70 L. Ed. —.